IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LASIKPLUS MURPHY, M.D., P.A. and<br>DAVID MURPHY, M.D., individually, | *<br>*<br>* | |
| Plaintiffs, | *<br>* | |
| vs. | *<br>*<br>*<br>* | No. 4:10cv00178 SWW |
| LCA-VISION, INC., | *<br>* | |
| Defendant. | * | |

ORDER

Plaintiffs' motion [doc.#3] to grant admission *pro hac vice* to Bradford D. Box and Todd D. Siroky of the Jackson, Tennessee firm Rainey Kizer Reviere & Bell, PLC, to appear and participate in this action as additional counsel for plaintiffs LasikPlus Murphy, M.D., P.A. and David Murphy, M.D., individually, is hereby granted.

IT IS SO ORDERED this 14th day of April 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE