IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LASIKPLUS MURPHY, M.D., P.A. and<br>DAVID MURPHY, M.D., individually,<br><br>Plaintiffs,<br><br>vs.<br><br><br><br>LCA-VISION, INC.,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | No. 4:10cv00178 SWW |

ORDER

Defendant LCA-Vision, Inc.'s motions [doc.#'s 14, 15] to grant admission *pro hac vice* to Marcia Voorhis Andrew and Adam Charles McNeely as its counsel is hereby granted.

IT IS SO ORDERED this 10th day of May 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE