IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LASIKPLUS MURPHY, M.D., P.A. and<br>DAVID MURPHY, M.D., individually,<br><br>Plaintiffs,<br><br>vs.<br><br><br><br>LCA-VISION, INC.,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | <br><br><br><br><br>No. 4:10cv00178 SWW |

ORDER

The motion [doc.#42] of plaintiffs LasikPlus Murphy, M.D., P.A. and David Murphy, M.D., individually, to grant admission *pro hac vice* to Craig P. Sanders to appear and participate as additional counsel on their behalf is hereby granted.

IT IS SO ORDERED this 8th day of June 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE