IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LASIKPLUS MURPHY, M.D., P.A. and DAVID MURPHY, M.D., individually, | * * * | |
| Plaintiffs, | * * | |
| vs. | * * * * | No. 4:10-cv-00178-SWW |
| LCA-VISION, INC., | * * | |
| Defendant. | * | |

ORDER

Pursuant to the Stipulation of Dismissal with Prejudice [doc.#45] filed by plaintiffs, LasikPlus Murphy, M.D., P.A. and David Murphy, M.D., individually, and defendant, LCA-Vision, Inc., this action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED this 17th day of November 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE